# Court of Appeals
# of the State of Georgia

ATLANTA,  October 16, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0383.  JANICE FRANCE v. SHARON PATRICK d/b/a A CONFIDENT SMILE.

In this civil action, following an adverse ruling in magistrate court, plaintiff Janice France appealed to the state court, which dismissed the action.  France, proceeding pro se, then sought appellate review of the dismissal order by filing both an application for discretionary appeal and a notice of appeal.  France's discretionary application was docketed in this Court as Case No. A18D0010.  The instant case, No. A18A0383, is France's direct appeal.

We denied France's application for discretionary review in August 2017.  See *Janice France v. Sharon Patrick d/b/a A Confident Smile*, No. A18D0010 (Aug. 16, 2017), reconsideration denied Sept. 21, 2017.  Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).  This appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  10/16/2017*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , Clerk.